IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN RICKERT, | ) | 8:07CV334 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MIDLAND LUTHERAN COLLEGE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, appearing pro se, has filed an application for leave to proceed in forma pauperis. (Filing 2.) Upon review of Plaintiff's application, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

October 5, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge