IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN RICKERT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV334 |
| | ) | |
| v. | ) | |
| | ) | |
| MIDLAND LUTHERAN COLLEGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion to continue is granted and the Rule 16 telephone planning conference is continued from December 30, 2008 to January 6, 2009 at 9:30 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 24th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge