IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN RICKERT, | CASE NO: 8:07-cv-334 |
| Plaintiff, | |
| v. | **ORDER** |
| MIDLAND LUTHERAN COLLEGE, | |
| Defendant. | |

This matter came before the Court on the stipulated motion of the parties, filing no. 52, seeking to extend the due date for defendant's brief in response to plaintiff's motion to compel certain discovery. The Court finds that the stipulated motion should be granted and defendant's date for filing a brief in response to plaintiff's motion to compel is extended until March 26, 2009.

Dated: March 10, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

PREPARED AND SUBMITTED BY:

Jerald L. Rauterkus, #18151
ERICKSON & SEDERSTROM, P.C.
Regency Westpointe, Suite 100
10330 Regency Parkway Drive
Omaha, Nebraska 68114
(402) 397-2200
(402) 390-7137 (fax)
ATTORNEY FOR DEFENDANT

Rickert-time.wpd