IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN RICKERT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV334 |
| | ) | |
| v. | ) | |
| | ) | |
| MIDLAND LUTHERAN COLLEGE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadline, filing no. 61, is granted, and

1. The deadline for plaintiff to file a response to defendant's summary judgment motion is extended July 2, 2009.

2. Defendant's reply brief shall be filed by July 22, 2009.

DATED this 5th day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge